U. S. C. § 1446(e), which provides that the proper filing of a removal petition "shall effect the removal [to federal court] and the State court shall proceed no further unless and until the case is remanded."

The decision below conflicts with cases holding that when a case has been removed to federal court the state court lacks jurisdiction to act until the case is remanded. See, *e. g.*, *South Carolina* v. *Moore*, 447 F. 2d 1067, 1072–1074 (CA4 1971); *Mississippi Power Co.* v. *Luter*, 336 So. 2d 753, 755 (Miss. 1976). I would grant certiorari to resolve this conflict.

No. 86–6216. DEMOUCHETTE *v.* TEXAS. Ct. Crim. App. Tex.;
No. 86–6711. TARVER *v.* ALABAMA. Sup. Ct. Ala.;
No. 86–6731. SCHLUP *v.* MISSOURI. Sup. Ct. Mo.;
No. 86–6747. TERRY *v.* PENNSYLVANIA. Sup. Ct. Pa.; and
No. 86–6795. JACKSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. Reported below: No. 86–6216, 731 S. W. 2d 75; No. 86–6711, 500 So. 2d 1256; No. 86–6731, 724 S. W. 2d 236; No. 86–6747, 513 Pa. 381, 521 A. 2d 398; No. 86–6795, 502 So. 2d 409.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 86–7013 (A–888). MOORE *v.* BUTLER, WARDEN. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. 84–6811. MCCLESKEY *v.* KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, 481 U. S. 279;

No. 86–1158. SCHELLONG *v.* IMMIGRATION AND NATURALIZATION SERVICE, 481 U. S. 1004;

No. 86–1209. POLUR *v.* NEW YORK ET AL., 480 U. S. 932;

No. 86–1467. STEMER *v.* WAYNE COUNTY DEPARTMENT OF HEALTH ET AL., 481 U. S. 1017;

No. 86–1479. RATCLIFF *v.* McKEEVER ET AL., 481 U. S. 1017;

No. 86–1545. IN RE KOWALIK, 481 U. S. 1012;

No. 86–5884. IRVING *v.* MISSISSIPPI, 481 U. S. 1042;

No. 86–6323. VELILLA *v.* UNITED TECHNOLOGIES CORP., HAMILTON STANDARD DIVISION, ET AL., 480 U. S. 948;

No. 86–6325. PERRY *v.* GRESK ET AL., 480 U. S. 949;

No. 86–6333. PERRY *v.* ASTRIKE ET AL., 480 U. S. 949;

No. 86–6377. LUSK *v.* FLORIDA, 481 U. S. 1024;

No. 86–6460. CARDELLE *v.* DELTA AIR LINES, INC., 481 U. S. 1021;

No. 86–6474. ROBINSON, BY HIS MOTHER AND NEXT FRIEND, ROBINSON *v.* UNITED STATES, 481 U. S. 1026; and

No. 86–6606. BAKER *v.* UNITED STATES, 481 U. S. 1040. Petitions for rehearing denied.

No. 84–6075. TISON *v.* ARIZONA (two cases), 481 U. S. 137. Motion of California Appellate Project for leave to file a memorandum as *amicus curiae* denied. Petition for rehearing denied.

JUNE 11, 1987

No. A–899. GLASS *v.* BUTLER, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE WHITE, and by him referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution in order to give the applicant time to file a petition for writ of certiorari and would grant the petition and vacate the death sentence in this case.

JUNE 15, 1987

No. 86–1707. BLINN *v.* MASSACHUSETTS. Appeal from Sup. Jud. Ct. Mass. dismissed for want of substantial federal question.